### Petition for Reinstatement from Inactive Status.

### No. 26 DB 2005.

Supreme Court of Pennsylvania.

Aug. 25, 2005.

### ORDER

PER CURIAM.

AND NOW, this 25th day of August, 2005, the Report and Recommendations of the Disciplinary Board dated July 8, 2005, are approved and IT IS ORDERED that CHRISTINA GILL ROSEMAN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

### In the Matter of Kenneth S. BARISH, Jr.

### Petition for Reinstatement.

### No. 221 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 25, 2005.

### ORDER

PER CURIAM.

AND NOW, this 25th day of August, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated June 10, 2005, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### In the Matter of E. Nkem ODINKEMERE.

### No. 1019 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 25, 2005.

### ORDER

PER CURIAM.

AND NOW, this 25th day of August, 2005, E. Nkem Odinkemere having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated January 19, 2005; the said E. Nkem Odinkemere having been directed on May 13, 2005, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses

filed, the request for oral argument and/or further proceedings is denied and it is

ORDERED that E. Nkem Odinkemere is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa. R.D.E.